# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-1243-WYD-NYW

DEBRA TUCKER, as Personal Representative of the Estate of Esther Pauline Tucker,

Plaintiff,

v.

HCRI SUN TWO BROOMFIELD CO SENIOR LIVING, LLC d/b/a SUNRISE AT FLATIRONS,
HCRI SUN TWO POOLONE, LLC; HCRI SL II TRS CORP.,
SUNRISE SENIOR LIVINGMANAGEMENT, INC.,
BROOMFIELD CO SENIOR LIVING OWNER, LLC,

Defendants.

## ORDER SETTING RULE 16(b) SCHEDULING CONFERENCE

IT IS ORDERED that a Scheduling Conference is set for **August 7, 2015 at 2:00 p.m.**, in Courtroom C-204, 2d Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show valid photo identification.  *See* D.C.COLO.LCivR 83.2(b).

A copy of the instructions for the preparation of a scheduling order and a form of scheduling order can be downloaded from the court's website at www.cod.uscourts.gov.  The parties or their counsel shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures V.6.0, including a copy of the proposed scheduling order in a Word format sent via email to Wang_Chambers@cod.uscourts.gov, on or before **seven days prior** to the Scheduling Conference.

DATED: July 14, 2015                              BY THE COURT:

                                                  s/Nina Y. Wang_____
                                                  United States Magistrate Judge