IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-01243-WYD-NYW

DEBRA TUCKER, as Personal Representative of the Estate of Esther Pauline Tucker,

　　Plaintiff,

v.

HCRI SUN TWO BROOMFIELD CO SENIOR LIVING, LLC d/b/a SUNRISE AT FLATIRONS; HCRI SUN TWO POOL ONE, LLC; HCRI SL II TRS CORP.; SUNRISE SENIOR LIVING MANAGEMENT, INC.; and BROOMFIELD CO SENIOR LIVING OWNER, LLC,

　　Defendants.

---

## ORDER

---

　　THIS MATTER is before the Court on the Stipulation to Dismiss Defendants filed July 20, 2015.  After a careful review of the Stipulation and the file, it is

　　ORDERED that the Stipulation to Dismiss Defendants (ECF No. 24) is **APPROVED**. In accordance therewith, it is

　　ORDERED that this matter is **DISMISSED WITHOUT PREJUDICE** against Defendants HCRI Sun Two Pool One, LLC; HCRI SL II TRS Corp; and Broomfield CO Senior Living Owner, LLC, each side to pay its own fees and costs.  These Defendants shall hereafter be taken off the caption.

　　Dated:  July 20, 2015

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/ Wiley Y. Daniel
　　　　　　　　　　　　　　　　　　Wiley Y. Daniel
　　　　　　　　　　　　　　　　　　Senior United States District Judge