IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-01243-WYD-NYW

DEBRA TUCKER, as Personal Representative of the Estate of Esther Pauline Tucker,

   Plaintiff,

v.

HCRI SUN TWO BROOMFIELD CO SENIOR LIVING, LLC d/b/a SUNRISE AT FLATIRONS; and SUNRISE SENIOR LIVING MANAGEMENT, INC.,

   Defendants.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the Stipulation for Dismissal With Prejudice filed April 1, 2016.  After a careful review of the Stipulation and the file, it is

ORDERED that the Stipulation for Dismissal With Prejudice (ECF No. 38) is **APPROVED** and this case is **DISMISSED WITH PREJUDICE**, each party to bear its own attorneys' fees and costs.

   Dated:  April 1, 2016

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Senior United States District Judge